No. 739.—White Star Bus Line, Inc., recurrente, *v.* La Corte de Distrito de San Juan, Hon. Pablo Berga, Juez, demandada. ▇▇▇▇▇▇ Noviembre 7, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Examinada la solicitud, visto el caso de la *Maryland*

*Casualty Co.* v. *Corte de Distrito,* decidido el 15 de julio último, no ha lugar.

El Juez Asociado Señor Texidor no intervino.